CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 11 2007
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Case No. 7:02-cr-00085 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DAVID SELDON, | ) | By: Hon. Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

This matter is before the court upon defendant's "Request to Amend Presentence Investigation Report" ("PSR"). Defendant requests that his PSR be amended "to show that [he] was a drug user" so that he can qualify for a pre-release drug program. I must deny the motion for lack of jurisdiction.

Fed. R. Crim. Pro. 32(f) provides that parties must state in writing any objections, "including objections to material information," within 14 days after receiving the PSR; the Rule provides also that "[a]n objecting party must provide a copy of its objections to the opposing party and to the probation officer." The amended judgment in defendant's case was entered on May 3, 2005. As I find no basis upon which I have jurisdiction to amend defendant's PSR, it is hereby **ORDERED** that his request shall be and hereby is **DENIED**.[*]

The Clerk is directed to send certified copies of this order to the defendant.

ENTER: This 11th day of June, 2007.

/s/ Jackson L. Kiser
Senior United States District Judge

---

[*] I note that the "Special Conditions of Supervision" included in the amended judgment of May 3, 2005, states that defendant "shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer."